## POUNDS v. BRYAN.

(Circuit Court of Appeals, Fifth Circuit. November 10, 1908.)

### No. 1,837.

Appeal from the District Court of the United States for the Northern District of Georgia.

Victor Lamar Smith (Janes & Hutchens and Smith, Hammond & Smith, on the brief), for appellant.

William P. Hill (Mayson & Hill, on the brief), for appellee.

Before PARDEE and SHELBY, Circuit Judges, and BURNS, District Judge.

SHELBY, Circuit Judge. On the authority of the foregoing opinion in Tumlin v. Bryan, Trustee, 165 Fed. 166, the decree in this case is reversed, and the cause remanded, with directions to dismiss the bill.